Glenn **TIBBLE; William Bauer; William Izral; Henry Runowiecki; Frederick Suhadolc; Hugh Tinman, Jr., as representatives of a class of similarly situated persons, and on behalf of the Plan, Plaintiffs–Appellants,**

v.

**EDISON INTERNATIONAL; The Edison International Benefits Committee, FKA The Southern California Edison Benefits Committee; Edison International Trust Investment Committee; Secretary of The Edison International Benefits Committee; Southern California Edison's Vice President of Human Resources; Manager of Southern California Edison's HR Service Center, Defendants–Appellees.**

Nos. 10-56406, 10-56415

United States Court of Appeals,
Ninth Circuit.

Filed August 5, 2016

Jason P. Kelly, Michael A. Wolff, Nelson G. Wolff, Attorneys, Jerome Joseph Schli-

chter, Schlichter, Bogard & Denton, St. Louis, MO, Victor O'Connell, Attorney, Stris & Maher LLP, Gardena, CA, Peter K. Stris, Attorney, Stris & Maher LLP, William A. White, Esquire, Hill, Farrer & Burrill, LLP, Los Angeles, CA, for Plaintiffs–Appellants.

Christopher D. Catalano, Esquire, Walter Dellinger, Attorney, Bob Eccles, Esquire, Attorney, Gary S. Tell, Esquire, Attorney, Jonathan Hacker, Meaghan McLaine VerGow, O'Melveny & Myers LLP, Washington, DC, Matthew P. Eastus, Senior Attorney, Sergey Trakhtenberg, Southern California Edison Company, Legal Division, Rosemead, CA, Abby Johnston, Attorney, O'Melveny & Myers LLP, Los Angeles, CA, for Defendants–Appellees.

Jay E. Sushelsky, Esquire, Senior Attorney, ·AARP Foundation Litigation, Washington, DC, for Amicus Curiae AARP Foundation Litigation.

Thomas Leon Cubbage, III, Covington & Burling LLP, Washington, DC, for Amicus Curiae Investment Company Institute.

Nicole A. Diller, Attorney, Morgan Lewis & Bockius LLP, San Francisco, CA, for Amicus Curiae California Employment Law Council.

Stacey Eden Elias, Esquire, Trial Attorney, Elizabeth Hopkins, Counsel, US-DOL—U.S. Department of Labor, Plan Benefits Security Division, Office of the Solicitor, Washington, DC, for Amicus Curiae Secretary of Labor.

### ORDER

THOMAS, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Federal Rule of Appellate Procedure 35(a) and Circuit Rule 35-3. The three-judge panel opinion shall not be cited as precedent by or to any court of the Ninth Circuit.

Judges Bybee, Ikuta and Owens did not participate in the deliberations or vote in this case.